DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SIMEON WASHINGTON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

Nos. 4D18-588 and 4D18-589

[July 12, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case Nos. 472005CF000344A and 472006CF000784A.

Simeon Washington, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***